**Order entered January 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01227-CR

**SHELTON L. BONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-12-255**

## ORDER

The Court **GRANTS** court reporter Deborah K. Hamon's January 4, 2015 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hamon to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/    ADA BROWN
       JUSTICE
